Charles W. Cohen, Esq.
Eric Blumenfeld, Esq.
**HUGHES HUBBARD & REED LLP**
A New York Limited Liability Partnership
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302
Telephone:  201-536-9220
*Attorneys for Plaintiff Intervet, Inc.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| INTERVET, INC.,<br><br>                    Plaintiff,<br><br>        vs.<br><br>MILEUTIS LTD.,<br><br>                    Defendant. | Civil Action No.<br><br><br><br>**CORPORATE DISCLOSURE STATEMENT** |

Plaintiff Intervet, Inc. ("Intervet") provides the following disclosure statement pursuant to FED. R. CIV. P. 7.1(a):

Intervet, a nongovernmental corporation, identifies Merck & Co., Inc. as both a parent corporation and a publicly held corporation that owns 10% or more of Intervet's stock.

Dated:  February 23, 2015

                                                    HUGHES HUBBARD & REED LLP
                                                    A New York Limited Liability Partnership

                                                    By:   s/ Charles W. Cohen
                                                    Charles W. Cohen
                                                    Eric Blumenfeld
                                                    101 Hudson Street, Suite 3601
                                                    Jersey City, New Jersey 07302
                                                    Telephone:  201-536-9220

<u>Of Counsel</u>

James C. Fitzpatrick
(*motion for admission pro hac vice to be filed)*
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY  10004
Telephone:  212-837-6000

Mary E. Bartkus
MERCK & CO., INC.
2000 Galloping Hill Road, K1–3005
Kenilworth, NJ 07033
Telephone:  908-740-1744

*Attorneys for Plaintiff Intervet, Inc.*