Gregory D. Miller
Nancy A. Del Pizzo
**RIVKIN RADLER LLP**
25 Main Street, Suite 501
Court Plaza North
Hackensack, New Jersey 07601
Telephone: (201) 287-2460
Facsimile: (201) 489-0495

*Attorneys for Defendant/Counterclaim-Plaintiff, Mileutis Ltd.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| INTERVET, INC.,<br><br>    *Plaintiff/Counterclaim-Defendant,*<br><br>    v.<br><br>MILEUTIS LTD.,<br><br>    *Defendant/Counterclaim-Plaintiff.* | Civil No.: 15-CV-1371 (FLW)(TJB) |

**STATEMENT IN LIEU OF BRIEF
PURSUANT TO LOCAL CIVIL RULE 7.1(d)(4)**

Pursuant to Local Civil Rule 7.1(d)(4) and 5.3(c)(1), no brief in support of the Motion to Seal brought by Defendant/Counterclaim-Plaintiff, Mileutis Ltd. ("Mileutis") is necessary because all relevant information required by Local Civil Rule 5.3(c)(3) has been set forth in the accompanying Declaration of Gregory D. Miller.

Dated: August 19, 2021                    By: *s/ Gregory D. Miller*
                                              Gregory D. Miller
                                              Nancy A. Del Pizzo
                                              **RIVKIN RADLER LLP**
                                              25 Main Street, Suite 501
                                              Court Plaza North
                                              Hackensack, New Jersey 07601
                                              Telephone: (201) 287-2460

        Facsimile: (201) 489-0495

*Attorneys for Defendant/Counterclaim-Plaintiff, Mileutis Ltd.*