# EXHIBIT B
# to the Declaration of
# Gregory D. Miller

**EXHIBIT B**
**TABLE IN SUPPORT OF MOTION TO SEAL**

| Portions to be Sealed or Description of Confidential Information | Legitimate Private or Public Interest Which Warrant the Relief Sought | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|
| **MILEUTIS' LOCAL RULE 7.1.1 DISCLOSURE STATEMENT (D.E. 126)** ||||||
| **Mileutis requests the following redactions:**<br><br>• D.E. 126 in its entirety | This document contains Mileutis' sensitive financial and proprietary business information and confidential business dealings as well as sensitive internal company information.<br><br>Mileutis has a legitimate private interest in seeking to restrict access to this sensitive business information. There is little, if any, public interest in disclosing Mileutis' sensitive propriety business information as | The disclosure of the information would reveal Mileutis' confidential information and would be detrimental to Mileutis' interests in protecting such information. | Mileutis seeks to redact D.E. 126 in its entirety. The confidential information is throughout the document, and thus, no less restrictive alternative is practicable. | None | N/A |

1

| | such content will not be used to determine the parties' substantive legal rights. | | | | |
|---|---|---|---|---|---|